```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/5/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                    :

RIGOBERTO JAVIER,

                   Plaintiff,

                 20-cv-1400 (LJL)

     -v-

                 ORDER

A RIVERA TRANSPORT,

                   Defendant.

-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The Court held a status conference on October 2, 2020. As discussed during the conference, the parties are directed to file a revised joint Case Management Plan and Scheduling Order by October 9, 2020.

       SO ORDERED.

Dated: October 5, 2020
       New York, New York

                                                  LEWIS J. LIMAN
                                                  United States District Judge